08 JUN 10 PM 12: 20

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury '08 CR 1893 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GUILLERMO LIZARRAGA-BRESEDA (1), SANDRA REYES-BRAMBILA (2), Defendants. | Criminal Case No. '08 CR 1893 LAB<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about May 14, 2008, within the Southern District of California, defendants GUILLERMO LIZARRAGA-BRESEDA and SANDRA REYES-BRAMBILA did knowingly and intentionally import 50 kilograms and more, to wit: approximately 61.78 kilograms (135.92 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

JPME:nlv:Imperial
6/9/08

Count 2

On or about May 14, 2008, within the Southern District of California, defendants GUILLERMO LIZARRAGA-BRESEDA and SANDRA REYES-BRAMBILA did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 61.78 kilograms (135.92 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: June 10, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
JAMES P. MELENDRES
Assistant U.S. Attorney