# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Sandra Reyes-Brambila (2) )

CASE NUMBER 08cr1893-LAB

ABSTRACT OF ORDER

Booking No. 06301298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 7/21/08

the Court entered the following order:

✓ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

✓ Case Dismissed. as to this dft only.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

LARRY A. BURNS

UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

OR

Received [signature] DUSM
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk T. WASHAM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY