FILED
2008 JUL 29 AM 9:09
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

FILED
08 JUL 28 AM 8:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SANDRA REYES-BRAMBILA (2),

Defendant.

CASE NO. 08CR1893-LAB

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

X the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

X of the offense(s) of: 21:952 and 960; 18:2 - Importation of Marijuana; Aiding and Abetting (1); 21:841(a)(1); 18:2 - Possession of Marijuana with Intent to Distribute; Aiding and Abetting(2).

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/21/08

LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

I have executed within ~~Judgement and Commitment~~ Judgment of dismissal on 7/28/08

United States Marshal

By: USMS Criminal Section

ENTERED ON 7/25/08